Case: 1:16-cr-00776 Document #: 82 Filed: 08/26/19 Page 1 of 1 PageID #:273



# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

USA,

Plaintiff(s),

v.

Brett Immel,

Defendant(s).

Case No. 16 CR 776-1
Judge Sharon Johnson Coleman

### ORDER

Jury Trial held on 8/26/2019. Jury Deliberations begun. Jury returns a verdict of guilty as to count 1 (one) of the indictment. Judgment of guilty entered. Post-trial motions to be filed by 9/25/2019. Responses to be filed by 10/25/2019. Replies to be filed by 11/8/2019. Jury trial ends.

Date: 8/26/2019

/s/Sharon Johnson Coleman
Sharon Johnson Coleman
U.S. District Court Judge

(T:06:00)