UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 16 CR 776 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| BRETT IMMEL | ) | |

**AMENDED ORDER**

This matter having come to be heard on Defendant's Unopposed Motion for Release of Bond Funds, the Court being fully advised in the premises, and with the Defendant having fully satisfied the conditions of bond and the financial conditions imposed by the Court's Judgment, it is HEREBY ORDERED:

1) The Clerk shall refund the $4500 cash deposited to secure Defendant's bond, plus any interest earned thereon, and disburse those funds payable to:

> Brett Timothy Immel
> 2909 Woodland Ave.
> West Des Moines, Iowa 50266

Dated: December 11, 2023

SO ORDERED:

_____
Hon. Sharon Johnson Coleman
United States District Judge